**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF LOUISIANA

Case number (if known)                                      Chapter  11

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Mahi, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Carom Inn |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-4439445 |

4. Debtor's address

**Principal place of business**

2311 Home Depot Drive
Denham Springs, LA 70726
Number, Street, City, State & ZIP Code

Livingston
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify:

Debtor  **Mahi, LLC**                                        Case number (*if known*)
Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   _____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor |  | Relationship to you |
    |---|---|---|
    | District | When | Case number, if known |

Debtor  **Mahi, LLC**  
Name

Case number *(if known)*

### 11. Why is the case filed in *this district*?

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  
Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes. Insurance agency  
Contact name  
Phone

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

### 15. Estimated Assets

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

Debtor   **Mahi, LLC**
         Name

Case number (*if known*)

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2016**
             MM / DD / YYYY

X  **/s/ Bhagirath Joshi**                               **Bhagirath Joshi**
   Signature of authorized representative of debtor       Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Ryan J. Richmond**                              Date  **May 24, 2016**
   Signature of attorney for debtor                            MM / DD / YYYY

**Ryan J. Richmond**
Printed name

**Stewart Robbins & Brown, LLC**
Firm name

**620 Florida Street, Suite 100**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
Number, Street, City, State & ZIP Code

Contact phone  **(225) 231-9998**     Email address

**30688**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Mahi, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2016**       X /s/ Bhagirath Joshi
                                    Signature of individual signing on behalf of debtor

                                    **Bhagirath Joshi**
                                    Printed name

                                    Manager
                                    Position or relationship to debtor

**Fill in this information to identify the case:**
Debtor name: Mahi, LLC
United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | | | | $34,144.00 |
| AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | | | | | | $0.00 |
| Auto Chor<br>Dept. 205<br>P.O. Box 4869<br>Houston, TX 77210-4869 | | | | | | $0.00 |
| Broussard Paper Inc.<br>2831 South Darla<br>Gonzales, LA 70737 | | | | | | $0.00 |
| Chase<br>Visa<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | | | | | | $30,700.00 |
| Citibank<br>Mastercard<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 | | | | | | $9,590.00 |
| City of Denham Springs<br>Utilities Department<br>941 Government Dr.<br>Denham Springs, LA 70726 | | | | | | $0.00 |
| Cox<br>P.O. Box 1259<br>Oaks, PA 19456 | | | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Mahi, LLC**
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Discover P.O. Box 30943 Salt Lake City, UT 84130-0943 | | | | | | $3,860.00 |
| Entergy P. O. Box 8103 Baton Rouge, LA 70891-8103 | | | | | | $0.00 |
| First Insurance Funding 450 Skokie Blvd., Suite 100 Northbrook, IL 60062-9717 | | | | | | $4,500.00 |
| HD Supply 4100 Cumberland Blvd. Atlanta, GA 30339 | | | | | | $0.00 |
| Home Depot Credit Services P.O. Box 78011 Phoenix, AZ 85062-8011 | | | | | | $0.00 |
| Livingsotn Parish Sheriff Tax Collector 20300 Government Blvd. Livingston, LA 70754 | | | | | | $55,000.00 |
| Livingston Parish School Board Sales Tax Division 13909 Florida Blvd. Livingston, LA 70754 | | | | | | Unknown |
| Onity, Inc. 8100 SW Nyberg St., Suite 350 Tualatin, OR 97062 | | | | | | $0.00 |
| Raghuvir Singh 3232 Players Club Parkway Memphis, TN 38125 | | | | | | $36,000.00 |
| Ravi Josi 1740 Louisiana Hwy 30 Gonzales, LA 70737 | | | | | | $89,000.00 |
| United Community Bank P.O. Box 248 Raceland, LA 70394 | | Motel - 2311 Home Depot Dr., Denham Springs, LA 70726 | | $1,941,796.00 | $1,200,000.00 | $741,796.00 |

Debtor **Mahi, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| United Community Bank<br>P.O. Box 248<br>Raceland, LA 70394 | | Motel - 2311 Home Depot Dr., Denham Springs, LA 70726 | | $78,000.00 | $1,200,000.00 | $78,000.00 |

# United States Bankruptcy Court
## Middle District of Louisiana

In re  **Mahi, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bhagirath Joshi<br>2605 S. Range Ave.<br>Denham Springs, LA 70726 | | 50% | Membership |
| Yagni Joshi<br>2605 S. Range Ave.<br>Denham Springs, LA 70726 | | 50% | Membership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 24, 2016**

Signature  **/s/ Bhagirath Joshi**
**Bhagirath Joshi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA
(Local Form 1)

In re    Mahi, LLC                                                                       Case No.
                                            Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

We declare under penalty of perjury that the foregoing mailing list, comprising __3__ pages, is true and correct. Signed on __May 24, 2016__.

Signed:    /s/ Bhagirath Joshi
           Bhagirath Joshi
           Manager

Signed:    /s/ Ryan J. Richmond
           Ryan J. Richmond 30688
           Stewart Robbins & Brown, LLC
           620 Florida Street, Suite 100
           Post Office Box 2348
           Baton Rouge, LA 70821
           Telephone: (225) 231-9998
           Facsimile: (225) 709-9467
           E-Mail:
           (ATTORNEY FOR THE DEBTOR)

United States Trustee
400 Poydras Street
Suite 2110
New Orleans LA 70130

Office of US Attorney
Middle District of Louisiana
777 Florida St Ste 208
Baton Rouge LA 70801

Louisiana Dept of Revenue
Bankruptcy Section
Box 66658
Baton Rouge LA 70896

Office of District Counsel
Box 30509
New Orleans LA 70190

Attorney General of the USA
Department of Justice
10th & Constitution Ave., NW
Washington DC 20530

David Kearns
Tax Division USDOJ
PO Box 14198 Ben Franklin Statio
Washington DC 20530

Internal Revenue Service*
Box 7346
Philadelphia PA 19101-7346

American Express
P.O. Box 650448
Dallas TX 75265-0448

AT&T
P.O. Box 5014
Carol Stream IL 60197-5014

Auto Chor
Dept. 205
P.O. Box 4869
Houston TX 77210-4869

Brandon Black
Jones Walker
8555 United Plaza Blvd., Suite 500
Baton Rouge LA 70809

Broussard Paper Inc.
2831 South Darla
Gonzales LA 70737

Chase
Visa
P.O. Box 15123
Wilmington DE 19850-5123

Citibank
Mastercard
P.O. Box 9001037
Louisville KY 40290-1037

City of Denham Springs
Utilities Department
941 Government Dr.
Denham Springs LA 70726

Cox
P.O. Box 1259
Oaks PA 19456

David M. Cohn
Cohn Law Firm
10754 Linkwood Court, Suite 1
Baton Rouge LA 70810

Discover
P.O. Box 30943
Salt Lake City UT 84130-0943

Entergy
P. O. Box 8103
Baton Rouge LA 70891-8103

First Insurance Funding
450 Skokie Blvd., Suite 100
Northbrook IL 60062-9717

HD Supply
4100 Cumberland Blvd.
Atlanta GA 30339

Home Depot Credit Services
P.O. Box 78011
Phoenix AZ 85062-8011

Livingsotn Parish Sheriff
Tax Collector
20300 Government Blvd.
Livingston LA 70754

Livingston Parish School Board
Sales Tax Division
13909 Florida Blvd.
Livingston LA 70754

Livingston Parish Tourism
30343 Catholic Hall Rd.
Hammond LA 70403

Onity, Inc.
8100 SW Nyberg St., Suite 350
Tualatin OR 97062

Raghuvir Singh
3232 Players Club Parkway
Memphis TN 38125

Ravi Josi
1740 Louisiana Hwy 30
Gonzales LA 70737

United Community Bank
P.O. Box 248
Raceland LA 70394

United Community Bank
P.O. Box 248
Raceland LA 70394

# United States Bankruptcy Court
## Middle District of Louisiana

In re    **Mahi, LLC**                                                      Case No.
                                        Debtor(s)                           Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mahi, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 24, 2016** | **/s/ Ryan J. Richmond** |
| Date | **Ryan J. Richmond 30688** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Mahi, LLC** |
| | **Stewart Robbins & Brown, LLC** |
| | **620 Florida Street, Suite 100** |
| | **Post Office Box 2348** |
| | **Baton Rouge, LA 70821** |
| | **(225) 231-9998 Fax:(225) 709-9467** |



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA
**(Local Form 2)**

In re   **Mahi, LLC**                                   Case No.

Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING

**PART I: PETITIONER'S DECLARATION**

(1)    I am the debtor in this case.

(1)(a)  **[If the debtor is a corporation, partnership or limited liability company]** I am a representative of the debtor and I am authorized to sign this declaration on behalf of the debtor.

(2)    ☑ I have authorized my attorney to electronically file documents in this case or any proceeding related to this case.

OR

☐ **[If the debtor is not represented by an attorney]** I will file documents on my own behalf in this case or any proceeding related to this case.

(3)    My electronic signature on any documents bearing a signature designation ("s/___") filed in this case or any proceeding related to this case is my signature for all purposes authorized or required by law. My electronic signature on such documents shall have the same effect as my signature on the original documents.

(4)    The image of my signature on any document bearing my original signature is my signature for all purposes authorized or required by law.

(5)    **[If the debtor is not represented by an attorney]** I agree that I shall retain all original, signed documents filed in this case or any proceeding related to this case for five years after the closing of the case or proceeding in which the documents are filed.

**I certify under penalty of perjury that the foregoing is true and correct. Signed on May 23, 2016.**

Signed: **Bhagirath Joshi**       Social Security Number: **26-4439445**
(Debtor)

Signed: _____       Social Security Number: _____
(Joint Debtor)

**PART II: DECLARATION OF ATTORNEY**

(1)    I am the attorney for the debtor.

(2)    The debtor or representative of the debtor signed this debtor signed this declaration.

(3)    I acknowledge and accept the responsibility to maintain all original, signed documents filed in this case or any proceeding related to this case for five years after the closing of the case or proceeding in which the documents are filed.

**I certify under penalty of perjury that the foregoing are true and correct. Signed on <u>May 23, 2016</u>.**

Signed:    <u>**/s/ Ryan J. Richmond**</u>
**Ryan J. Richmond 30688**
**Stewart Robbins & Brown, LLC**
**620 Florida Street, Suite 100**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
Telephone: **(225) 231-9998**
Facsimile: **(225) 709-9467**
E-Mail:
(Attorney for Debtor)